# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Rosenstein Properties, LLC | ) | Case No. 15-09195 |
| | ) | |
| Debtor. | ) | |
| | ) | The Honorable Janet S. Baer |
| | ) | |
| | ) | Date of Hearing: March 31, 2015 |
| | ) | Time of Hearing: 9:30 a.m. |

## NOTICE OF MOTION

To:   See service list attached.

PLEASE TAKE NOTICE that on the 31st day of March, 2015, at 9:30 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Janet S. Baer in Room 615 of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Debtor's Motion to Assume the Lease of Greenridge Farm, Inc.**, a copy of which is hereby served upon you.

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachment were served to the above persons or entities, if service by mail was indicated above, First-Class Mail at Park Ridge, Illinois, 60068, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on March 24, 2015.

By:   /s/ Julia Jensen Smolka

Abraham Brustein, ARDC #327662
Julia Jensen Smolka, ARDC #6272466
Derek D. Samz, ARDC #6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
jjensen@dimontelaw.com
dsamz@dimontelaw.com

**In re Rosenstein Properties, LLC**
**Bankruptcy Case No. 15-09195**

### SERVICE LIST

| **VIA ECF** | **VIA FIRST-CLASS MAIL** |
|---|---|

**VIA ECF**

Patrick S. Layng
United States Trustee, Region 11
219 S. Dearborn Street  #873
Chicago, IL  60604

Roman L. Sukley
Office of the U.S. Trustee
219 S. Dearborn Street  #873
Chicago, IL  60604
312/886-3324
312/886-5794  Fax
Roman.L.Sukley@usdoj.gov

*Attorney for First Midwest Bank:*
Stephanie K. Hor-Chen
Vedder Price, PC
221 N. LaSalle Street
Chicago, IL 60601
312/609-7500
schen@vedderprice.com

*Attorney for Robert Bladja*:
Landon S. Raiford
Ronald Peterson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
312/222-9350
lraiford@jenner.com
rpeterson@jenner.com

**VIA FIRST-CLASS MAIL**

Sebastian Madej
Michael Madej
Rosenstein Properties, LLC.
2355 Greenleaf Avenue
Elk Grove Village, IL 60007

Cook County Treasurer
Legal Department
118 N. Clark Street  #112
Chicago, IL 60602

Frank Masellis
106 S. 5th Avenue
Maywood, IL 60153

Greenridge Farm, Inc.
2355 Greenleaf Ave
Elk Grove Village, IL 60007

Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702

Internal Revenue Service
Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7317

Lavelle Law Firm
501 W Colfax St
Palatine, IL 60067

Matthew E. Gurvey, Attorney at Law
111 W. Washington Street  #841
Chicago, IL 60602

Village of Elk Grove
901 Wellington Avenue
Elk Grove Village, IL 60007

Aaron Spivack, Attorney at Law
566 W. Lake Street  #100
Chicago, IL  60661

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Rosenstein Properties, LLC | ) | Case No. 15-09195 |
| | ) | |
| Debtor. | ) | |
| | ) | The Honorable Janet S. Baer |
| | ) | |
| | ) | Date of Hearing: March 31, 2015 |
| | ) | Time of Hearing: 9:30 a.m. |

### DEBTOR'S MOTION TO ASSUME THE LEASE OF
### <u>GREENRIDGE FARM, INC.</u>

Debtor, Rosenstein Properties, LLC ("Debtor"), pursuant to Section 365(A) of the Bankruptcy Code, seeks entry of an order which assumes the commercial lease between Debtor and Greenridge Farm Inc. . In support of this motion, Debtor states as follows:

1. On March 16, 2015 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Code"). Pursuant to Sections 1107 and 1108 of the Code, Debtor is operating its business as a debtor-in-possession.

2. By this motion, Debtor seeks entry of an order to assume the commercial real estate lease between Debtor and Greenridge Farm Inc. (hereinafter "Greenridge") .

3. This Court has subject matter jurisdiction to grant the relief requested in this motion, as a core proceeding pursuant to 28 U.S.C. 1334(a), (b) and 28 U.S.C. Section 167(a), (b)(2)(A). This Court has the authority to grant the relief requested by this motion pursuant to Section 365.

4. Debtor and Greenridge are parties to a written lease dated December 1, 2008. The lease is a commercial real estate lease for the property at 2355 Greenleaf Avenue, Elk grove Village, IL, with an initial lease term of 20 years. The rent is $12,000 per month. Greenridge operates a

1

meat processing plant from this location. A true and correct copy of the lease is attached hereto and incorporated herein as Exhibit A.

5. The Court should defer to Debtor's valid exercise of its business judgment in determining whether to approve a request by Debtor under Section 365(a) of the Bankruptcy Code to assume or reject a lease. *In re Del Grosso,* 115 BR 136, 138 (Bkrtcy. N.D. Ill. 1990).

6. Debtor has determined that it is in its best interest to assume the lease based upon the following facts and circumstances:

   A. Debtor collects rent in the amount of $12,000 per month.

   B. If the lease is not assumed, Debtor will needlessly expend funds to procure a substitute tenant at possibly less favorable terms, and will not be collecting rent during the time period the Debtor is searching for a new tenant.

7. Notice of this motion has been provided to Greenridge Farm, Inc., the Office of the United States Trustee, all secured creditors, and the twenty (20) largest unsecured creditors.

Respectfully submitted,

Rosenstein Properties, LLC

By:     /s/ Julia Jensen Smolka

Abraham Brustein, ARDC #327662
Julia Jensen Smolka, ARDC #6272466
Derek D. Samz, ARDC #6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
jjensen@dimontelaw.com
dsamz@dimontelaw.com

L:\R\ROSEN4  Chapter 11\D&L Draft Documents\Motions\NOM & Mtn to Assume  Lease of Greenridge Farm Inc.wpd