UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-09195 |
| ROSENSTEIN PROPERTIES, LLC | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | |
| | ) | |

**OBJECTION OF ROBERT BLAJDA TO DEBTOR'S MOTION TO ASSUME THE LEASE OF GREENRIDGE FARM, INC.**

Robert Blajda, by his undersigned counsel, objects to the Debtor's motion to assume the Debtor's lease with Greenridge Farm, Inc. and states as follows.

1. The Debtor filed a Chapter 11 petition initiating its single asset real estate case on March 16, 2015 after the Circuit Court of Cook County ordered possession of the Debtor's real property turned over to the previously-appointed receiver, Ira Lauter. The Debtor resisted the receiver's efforts to obtain possession.

2. The Debtor's initial filing of 20 largest unsecured creditors enumerates only four creditors, three of which are secured and a single unsecured creditor, Lavelle Law Firm, holding a claim for attorneys' fees in the amount of $9,146.51.

3. No schedules or statement of financial affairs have been filed and the initial 341 meeting will not be held until April 16, 2015.

4. The Debtor has noticed three matters to be presented to the Court on March 31, 2015, including an application to retain counsel which application was noticed for hearing in derogation of Federal Rule of Bankruptcy Procedure 6003(a) and a motion to assume an alleged executory lease for the Debtor's single real estate asset with tenant Greenridge Farm, Inc.

5. No cause exists compelling the Debtor's assumption of the alleged Greenridge Farm Lease in advance of the 341 meeting or the filing of schedules and statement of financial affairs. Indeed, Section 365(d)(4) allows a debtor 120 days from the entry of the order for relief to assume the alleged lease.

6. Damningly, the Debtor has failed to disclose that the tenant, Greenridge Farm, Inc. is owned by Michael Madej, the Manager of the Debtor, who executed the Chapter 11 petition. (See attached Exhibit "A").

7. Blajda is informed and believes that the Greenridge Farm lease is not an arms-length transaction, does not represent the fair value for the property, under-compensates the Debtor for the use of the property all of which has led to default, foreclosure and ultimately to the filing of this Bankruptcy Case.

8. The premature assumption of the Greenville Farm lease will only condemn this Case to failure.

Wherefore, Blajda prays that the court deny the motion to assume the Greenridge Farm lease, or if not deny it outright, continue the hearing on the motion to a date after the 341 meeting of creditors and such time as Blajda has a reasonable opportunity to initiate and complete discovery, and for such other and further relief as is just.

Dated: March 27, 2015

Respectfully submitted,

MICHAEL BLAJDA

By:   /s/ Daniel Zazove
         One of His Attorneys

Daniel A. Zazove
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Tel:  (312) 324-8400
Fax:  (312) 324-9400

117091-0001/LEGAL125478469.2