IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| ROSENSTEIN PROPERTIES, LLC | ) |
| | ) Case No. 15-09195 |
|     Debtor. | ) |
| | ) The Honorable Janet S. Baer |

NOTICE OF MOTION

To: See attached service list

PLEASE TAKE NOTICE that on the 14th day of April, 2015 at 9:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Janet S. Baer in Room 615 of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604 and shall then and there present the **Motion of Receiver for Payment of Accrued Fees and Expenses**, a copy of which is hereby served upon you.

_Leon C. Wexler_
Leon C. Wexler

Leon C. Wexler
ARDC #29993333
Attorney for Ira Lauter, Receiver
77 W. Washington - 1618
Chicago, Illinois 60602
312-236-3399 312-237-01007(fax)
wexlaw@att.net

CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certified that by 5:00 p.m. on April 6, 2015 she will send and cause to be served on the persons on the attached service list, via ECF or First Class Mail with prepaid postage from 77 West Washington, Chicago, Illinois 60602, a copy of **Motion of Receiver for Payment of Accrued Fees and Expenses** and this notice.

/s/ Patricia A. Evers

March 30, 2015 (12:10pm
Y:\Doc.2\LauterRosenstein.nom.wpd)

**In re Rosenstein Properties, LLC**
**Bankruptcy Case No. 15-09195**

**SERVICE LIST**

**VIA ECF**
Patrick S. Layng
United States Trustee, Region 11
219 S. Dearborn Street #873
Chicago, IL 60604

Roman L. Sukley
Office of the U.S. Trustee
219 S. Dearborn Street #873
Chicago, IL 60604
312/886-3324
312/886-5794 Fax
Roman.L.Sukley@usdoj.gov

*Attorney for First Midwest Bank:*
Stephanie K. Hor-Chen
Vedder Price, PC
221 N. LaSalle Street
Chicago, IL 60601
312/609-7500
schen@vedderprice.com

**VIA FIRST-CLASS MAIL**

Sebastian Madej / Michael Madej
Rosenstein Properties, LLC.
2355 Greenleaf Avenue
Elk Grove Village, IL 60007
smadej@klcglobal.com

Cook County Treasurer
Legal Department
118 N. Clark Street #112
Chicago, IL 60602

Frank Masellis
106 S. 5th Avenue
Maywood, IL 60153
nicolemasellis@gmail.com

Sebastian Madej
Greenridge Farm, Inc.
2355 Greenleaf Ave
Elk Grove Village, IL 60007
smadej@klcglobal.com

anthony_watson@ILNB.USCourts.gov

Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702

Internal Revenue Service
Mail Stop 5010 CH
230 S. Dearborn Street #2600
Chicago, IL 60604

Lavelle Law Firm
501 W Colfax St
Palatine, IL 60067
847/705-9960 Facsimile

Matthew E. Gurvey, Attorney at Law
111 W. Washington Street #841
Chicago, IL 60602
mgurvey@gurveylawpc.com

Village of Elk Grove
901 Wellington Avenue
Elk Grove Village, IL 60007
847/357-4084 Facsimile

Robert Blajda
14 Washington Street
Glenview, IL 60025

Aaron Spivack, Attorney at Law
566 W. Lake Street #100
Chicago, IL 60661
aaron@spivack.com

Abraham Brustein
Julia Jensen Smolka
Derek D. Samz
DiMonte & Lizak, LLC
216 W Higgins Road
Park Ridge, Ill 60062

abrustein@dimontelaw.com
jsmolka@dimontelaw.com
dsamz@dimontelaw.com

Rosenstein Properties, LLC
c/o Michael Madej, Registered Agent
2355 Greenleaf Ave
Elk Grove Village, Illinois 60007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| ROSENSTEIN PROPERTIES, LLC | ) |
| | ) Case No. 15-09195 |
| Debtor. | ) |
| | ) The Honorable Janet S. Baer |

**MOTION OF RECEIVER FOR PAYMENT OF
ACCRUED FEES AND EXPENSES**

Ira Lauter, Receiver appointed in Case No. 2012 CH 03942, by his attorney, Leon C.

Wexler, moves this Honorable Court as follows:

1.  That the pending proceeding is a Chapter 11 filed by the Mortgagor in a pending

foreclosure.

2.  The Motion filed herein is by the duly appointed Receiver for his charges and billings he

received for services rendered prior to the instant proceeding.

3.  That pursuant to 11 USC § 543(c)(2) these expenses and charges for services are submitted

to this Court for approval and payment by the Debtor.

4.  That in the State Court proceeding the Debtor and the only tenant on the premises have

common ownership.

5.  That the instant proceeding and most of the charges incurred relate to the tenant of the

Debtor objecting to the enforcement of a State Court proceeding which resulted in this

proceeding being filed while the matter was being heard in Court by one of the two State Court

Judges taking part in the issue of enforcement.

6.  That attached hereto as Group Exhibit A is the receiver's charges which includes the

attorney's fee incurred in State Court.

WHEREFORE, the Receiver prays that this Court allow the fees and charges requested

and provide for the payment thereof.

_Leon C. Wexler_
_____
Leon C. Wexler

Leon C. Wexler
ARDC #2993333
Attorney for Ira Lauter, Receiver
77 W. Washington Street
Suite 1618
Chicago, Illinois 60602
312-236-3399 (fax 236-0107)
wexlaw@att.net
March 30, 2015 (12:37pm
Y:\Doc.2\LauterRosenstein.motion.wpd)