# Invoice

2355 Greenleaf Avenue

L&B ALL STAR MANAGEMENT LLC
5225 Touhy Ave - Suite 212
Skokie, IL 60077

| Date | Invoice # |
|---|---|
| 3/25/2015 | 4 |

**Bill To**
C/O Rosenstein Properties

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Receivership/Management March 2015 | 2,000.00 | 2,000.00 |
| 1 | Leon C. Wexler | 1,750.00 | 1,750.00 |
| 1 | Kulig Tuckpointing & Construction | 300.00 | 300.00 |
| 1 | Ira Lauter - Parking | 34.00 | 34.00 |

**Total** $4,084.00

Property Manager-Receiver Time Report...  | Download ⌄                     1 of 1

### Receiver's Time Sheet

| Date | Description |
|---|---|
| 3-Mar | Phone call/email with Leon Wexler concerning eviction |
| 9-Mar | Phone call/email concerning Letter of Direction |
| 15-Mar | Phone call/email concerning Answer to Emergency Motion |
| 16-Mar | Phone call/emails concerning property insurance |
| 16-Mar | Appear in court |
| 18-Mar | Complete financial report |

**Total for Report Period**

3/27/2015 6:26 AI

# Receiver's Time Sheet

| Date | Description | Hours |
|---|---|---|
| 03-Mar | Phone call/email with Leon Wexler concerning eviction | 0.50 |
| 09-Mar | Phone call/email concerning Letter of Direction | 1.00 |
| 15-Mar | Phone call/email concerning Answer to Emergency Motion | 1.00 |
| 16-Mar | Phone call/emails concerning property insurance | 0.25 |
| 16-Mar | Appear in court | 1.50 |
| 18-Mar | Complete financial report | 2.00 |

| | Total for Month (hours) | Total Hours multiplied by hourly rate |
|---|---|---|
| | 6.25 | $2,187.50 |

| Total for Report Period | | |
|---|---|---|
| | 6.25 | $2,187.50 |

**LEON C. WEXLER, P.C.**
Attorney at Law
77 W. Washington Street, Suite 1618
Chicago, Illinois 60602

1-312 / 236-3399
Fax *236-0107
E-Mail wexlaw@att.net

March 15, 2015

Mr. Ira Lauter, Receiver

Re: Ira Lauter (Receiver)
    vs. Greenridge Farms, Inc.
    2014 M1 727511
    AND
    Ira Lauter (Receiver)
    vs. Robert Blajda
    12 CH 3942

## STATEMENT

Services Rendered Greenridge Farms, Inc. Eviction and Blajda Motion:

| | |
|---|---|
| Preparation and Filing Motion to Vacate Dismissal of Greenridge | 1.50 hours |
| Answer to Motion to Stay Receiver on Foreclosure Matter | 2 hours |
| Emails and Phone Conferences | .50 hour |
| Estimated Court Time for hearing on March 16, 2015 on both cases | 1 hour |
| 5 hours @ $350.00 | $1,750.00 |

**AMOUNT DUE $1,750.00**

```
KULIG TUCKPOINTING                    Date           February 11, 2014
AND CONSTRUCTION                      Owner:         PETER KULIG
152 N. MAY ST                         Contractor:
ADDISON, IL 60101                     Project Name:
(847) 815 - 5217                      Project Address:  2355 Greenleaf St
                                                        Elk Grove Village, IL

                                      Submitted To:    IRA LAUTER
```

## JOB INVOICE

Health Life & Safety Inspection:
- Walked property with Ira Lauter, the receiver.
- Also, checked building for structural damage.

Ira, please advise on status of payment.

TOTAL MATERIALS: $300.00

Subtotal labor, materials and subcontracts  $300.00

TOTAL AMOUNT  $300.00

